STATE OF CONNECTICUT *v.* JOSEPH R. DINEGAR
(AC 18633)

O'Connell, C. J., and Foti and Landau, Js.

Argued September 28—officially released November 9, 1999

Per Curiam. The judgment is affirmed.

COUNTRY LUMBER, INC. *v.* RICCI CORPORATION
(AC 18610)

O'Connell, C. J., and Landau and Dupont, Js.

Argued September 24—officially released November 9, 1999

Per Curiam. The judgment is affirmed.

DONALD FEE *v.* COMMISSIONER OF CORRECTION
(AC 17833)

O'Connell, C. J., and Lavery and Hennessy, Js.

Submitted on briefs October 18—officially released November 9, 1999

Per Curiam. The judgment is affirmed.

FIRST FEDERAL BANK, FSB *v.* MAUREEN A.
CLARK ET AL.
(AC 19252)

Landau, Spear and Vertefeuille, Js.

Argued October 21—officially released November 9, 1999

Per Curiam. The judgment is affirmed.